1038

[No. 76032-7-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE AUSTINE VILLAREAL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00903-0, Mary Sue Wilson, J., entered November 19, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.

[No. 76033-5-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARKIS ADAM OVERLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02658-1, G. Helen Whitener, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.

[Nos. 31910-5-III; 32001-4-III. Division Three. January 17, 2017.]

WASHINGTON STATE UNIVERSITY ET AL., *Respondents*, v. SANDRA BERNKLOW ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Asotin County, No. 12-2-00292-0, William D. Acey, J., entered July 31, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.